**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JIMMY LEE MOOREFIELD, 913478,** | § | |
|     **Petitioner,** | § | |
| | § | **No. 3:03-CV-2966-D** |
| **v.** | § | |
| | § | |
| **DOUGLAS DRETKE, Director, TDCJ-CID,** | § | |
|     **Respondent.** | § | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

October 18, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE